UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RE:<br><br>JOAN BETTON,<br><br>Debtor | **CHAPTER 7**<br><br>**Case No.: 13-45634-CEC**<br><br>**Assigned to:**<br>**Hon. Carla E. Craig**<br>**Bankruptcy Judge** |

## NOTICE OF APPEARANCE

Please take notice that Andrea M. Roberts, Esq., of ECKERT SEAMANS CHERIN & MELLOTT, LLC, enters her appearance for US Bank National Association, on behalf of the holders of the Asset Backed Securities Corporation Home Equity Loan Trust, Series NC 2005-HE8, Asset Backed Pass-Through Certificates, Series NC 2005-HE8, c/o Select Portfolio Servicing, 3815 Southwest Temple, Salt Lake City, UT 84115, and requests that all notices given or required to be served in this case be served upon the above person and that the above person be added to the mailing matrix for this case.

Dated: White Plains, New York
        September 19, 2013

                                    Respectfully submitted,


                                      /s/ Andrea M. Roberts
                                    Andrea M. Roberts, Esq. (AMR 7383)
                                    ECKERT SEAMANS CHERIN & MELLOTT, LLC
                                    10 Bank Street, Suite 700
                                    White Plains, NY 10606
                                    (914) 949-2909

                                    *Attorneys for Creditors*

                                    *US Bank National Association, on behalf of the holders of the Asset Backed Securities Corporation Home Equity Loan Trust, Series NC 2005-HE8, Asset Backed Pass-Through Certificates, Series NC 2005-HE8*

{V0108887.1}

To:  Joan Betton
     1007 Hegeman Ave
     Brooklyn, NY 11208

     Michael J. Macco
     135 Pinelawn Road
     Suite 120 South
     Melville, NY 11747

     Office of the United States Trustee
     Eastern District of NY (Brooklyn Office)
     U.S. Federal Office Building
     201 Varick Street, Suite 1006
     New York, NY 10014

## CERTIFICATE OF SERVICE

I hereby certify that I caused true and correct copies of the foregoing **NOTICE OF APPEARANCE** upon the persons listed below via First Class U.S. Mail, postage prepaid, this 19th day of September, 2013:

Joan Betton
1007 Hegeman Ave
Brooklyn, NY 11208

*Pro Se Debtor*

Michael J. Macco
135 Pinelawn Road
Suite 120 South
Melville, NY 11747

*Trustee*

Office of the United States Trustee
Eastern District of NY (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

*U.S. Trustee*

/s/ *Riyaz G. Bhimani* (*RGB 7438*)_____